UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendant(s). | Case No. 25-cv-12030<br><br>Honorable Robert J. White |

**ORDER GRANTING EXTENSION FOR PLAINTIFF TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS**

    This matter is before the Court through counsels' stipulation allowing Plaintiff's Extension to file their Responses to Defendants' Motions to Dismiss. Therefore, the request will be granted.

    Accordingly, it is ORDERED that Plaintiff shall be Granted an Extension to file their Responses to Defendants' United States and Federal Bureau of Prisons' Motion to Dismiss; and Individual Capacity Defendants' Motion to Dismiss or in the Alternative For Summary Judgment to the extended date of March 13, 2026.

    SO ORDERED.

Dated: February 9, 2026

s/Robert J. White
Robert J. White
United States District Judge